Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Michael Lynn McCLAIN |
| **Docket Number:** | 1:05CR00503 AWI |
| **Offender Address:** | Lake Isabella, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/30/2000 |
| **Original Offense:** | 21 USC 841(a)(1) & 841(b)(1)(B)(viii) and 18 USC 2 - Aiding and Abetting to Possess with Intent to Distribute 50 Grams of Methamphetamine<br>(CLASS B FELONY) |
| **Original Sentence:** | 60 months BOP; 5 years TSR; $100 special assessment; mandatory testing |
| **Special Conditions:** | Drug aftercare and testing; Co-payment plan; and Mental health aftercare |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 11/29/2003 |
| **Assistant U.S. Attorney:** | None |
| **Defense Attorney:** | None |
| **Other Court Action:** | |
| <u>08/29/2005</u>: | Probation Form 12B submitted modifying conditions of supervision to include 120 days CCC due to new arrest and illicit drug use. |

**RE:   Michael Lynn McCLAIN**
**Docket Number:  1:05CR00503 AWI**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**11/16/2005**:             Probation Form 12B submitted modifying conditions of supervision to include 120 days home confinement. Releasee unable to complete 120-day confinement at CCC due to program policy disallowing use of prescribed pain medications.

**12/13/2005**:             Jurisdiction transferred from the Southern District of Texas to the Eastern District of California.

**04/28/2006**:             Probation Form 12A1 submitted notifying the Court of illicit drug use - no action recommended.

**05/15/2007**:             Probation Form 12A1 submitted notifying the Court of illicit drug use - no action recommended.

**RE:**   **Michael Lynn McCLAIN**
   **Docket Number:  1:05CR00503 AWI**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, for a period not to exceed 180 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

2. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:**   On May 24 and 29, 2007, the releasee submitted urine samples which returned positive for the use of methamphetamine, in violation of a condition that he refrain from the use of any controlled substance.  Furthermore, there appears to be a direct correlation between the releasee's use of alcoholic beverages and his inability to refrain from the use of illegal controlled substances.

On July 3, 2007, the releasee reported to the probation office as instructed and readily admitted to the use of methamphetamine.  The releasee signed a Probation Form 49 - Waiver of Hearing to modify conditions of supervised release, agreeing to reside and participate in a residential community corrections center for a period not to exceed 180 days and to abstain from the use of all alcoholic beverages and not frequent places where alcohol is the chief item for sale.

**RE:**   Michael Lynn McCLAIN
         Docket Number:  1:05CR00503 AWI
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**Senior United States Probation Officer**
Telephone:  (661) 861-4354

**DATED:**   July 3, 2007
             Bakersfield, California
             FE:ks

**REVIEWED BY:**   /s/ Rick C. Louviere
                   **RICK C. LOUVIERE**
                   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( ✘ )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:**   **July 6, 2007**                    /s/ Anthony W. Ishii
                                                 UNITED STATES DISTRICT JUDGE